UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>         Plaintiff,<br><br>    v.<br><br>SLAINTE BARS LLC,<br><br>         Defendant. | Case No. 21-cv-03750-JSC<br><br>**ORDER RE: EVIDENTIARY HEARING** |

The Court is holding an evidentiary hearing on **February 7, 2022 at 9:30 a.m**. to resolve Defendant's factual challenge to Plaintiff's Article III standing to pursue his Americans with Disabilities Act claim.  In advance the hearing, the parties shall do the following.

<u>First</u>, on or before February 2, 2022, each Party shall file his or its witness list on the docket.

<u>Second</u>, on or before February 2, 2022, each party shall file his or its exhibit list on the docket *and* provide the opposing party with a copy of each exhibit on the list.

<u>Three</u>, on or before 5:00 p.m. on February 3, 2022, each party shall file his or its objections to any exhibits.  The objections shall set forth in detail the basis for the objection.

<u>Fourth</u>, on or before noon on February 4, 2022, the parties shall provide their intended hearing exhibits to the Court by uploading them to a secure cloud site and providing the Court with instructions regarding accessing the same via email to JSCsettlement@cand.uscourts.gov.

**IT IS SO ORDERED.**

Dated: January 27, 2022

JACQUELINE SCOTT CORLEY
United States Magistrate Judge