CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Brian Whitaker,** | ) Case No.: 3:21-cv-03750-JSC |
| Plaintiff, | ) **PLAINTIFF'S WITNESS LIST** |
| v. | ) |
| **Slainte Bars, LLC,** a California Limited Liability Company; and Does 1-10, | ) Evidentiary Hearing: February 7, 2022 |
| | ) Time: 9:30 a.m. |
| Defendants. | ) Complaint Filed: May 19, 2021 |
| | ) Honorable Judge Jacqueline Scott Corley |

   Pursuant to the Court's Order re: Evidentiary Hearing, Plaintiff Brian Whitaker hereby submits the attached Witness List.

Dated: February 2, 2022        CENTER FOR DISABILITY ACCESS

                               By: /s/ Christopher A. Seabock

                               CHRISTOPHER A. SEABOCK
                               Attorneys for Plaintiff

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| Case No.: 3:21-cv-03750-JSC | Case Name: Whitaker v. Slainte Bars, LLC |
|---|---|
| NAME | DATE CALLED TO TESTIFY |
| Brian Whitaker | |