UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SLAINTE BARS LLC,<br><br>　　　　　Defendant. | Case No. 21-cv-03750-JSC<br><br>**ORDER RE: PLAINTIFF'S MOTION TO SEAL RESPONSE TO ORDER TO SHOW CAUSE**<br><br>Re: Dkt. Nos. 39, 44 |

Brian Whitaker brings disability access claims under state and federal law against Slainte Bars. On January 27, 2022, after Plaintiff failed to appear at a pre-evidentiary hearing, the Court issued an Order to Show Cause as to why this action should not be dismissed for failure to prosecute. (Dkt. No. 37.) Plaintiff timely responded to the Order to Show Cause and now seeks sealing of the Order to Show Cause response because it "contains medical reference." (Dkt. Nos 39, 44 at ¶ 5.) Under Local Rule 79-5(c)(5), a request for sealing must be "narrowly tailored to seal only the sealable material." Plaintiff's motion to seal is DENIED WITHOUT PREJUDICE to renewal in a more narrowly tailored form to only seek sealing of information that is properly sealable. Any renewed motion to seal shall comply with Local Rule 79-5 and shall be filed by February 16, 2022.

This Order disposes of Docket No. 44.

**IT IS SO ORDERED.**

Dated: February 11, 2022

_/s/ Jacqueline Scott Corley_
JACQUELINE SCOTT CORLEY
United States Magistrate Judge