UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER,<br><br>    Plaintiff,<br><br>v.<br><br>SLAINTE BARS LLC,<br><br>    Defendant. | Case No. 21-cv-03750-JSC<br><br>**JUDGMENT** |

The Court having dismissed this action for lack of subject matter jurisdiction by Order filed May 5, 2022, enters judgment in favor of Defendant and against Plaintiff without prejudice.

**IT IS SO ORDERED.**

Dated: May 5, 2022

_____
JACQUELINE SCOTT CORLEY
United States District Judge