| | |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>AUG 30 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

BRIAN WHITAKER,

        Plaintiff - Appellant,

 v.

SLAINTE BARS, LLC, a California Limited Liability Company,

        Defendant - Appellee.

No. 22-15825

D.C. No. 3:21-cv-03750-JSC
U.S. District Court for Northern California, San Francisco

**ORDER**

     A review of the docket demonstrates that counsel has failed to pay the docketing/filing fees in this case.

     Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to prosecute. Counsel for appellant is directed to notify his/her client immediately in writing regarding this dismissal.

     This order served on the district court shall, 21 days after the date of the order, act as the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Tina S. Price
Deputy Clerk
Ninth Circuit Rule 27-7